# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>RICKY DONNELL WILLIAMS JR.,<br><br>       Defendant. | Case No. 2:21-cr-00216-GMN-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Friday, July 28, 2023 at 10:00 a.m. be vacated and continued to  August 11, 2023  at the hour of  1:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

   DATED this  27th  of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3