RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Ricky Donnell Williams, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RICKY DONNELL WILLIAMS, JR.,<br><br>              Defendant. | Case No. 2:21-cr-00216-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ricky Donnell Williams, Jr., that the Revocation Hearing currently scheduled on August 27, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel needs time to review the case and meet with Mr. Williams to discuss a possible resolution.

   2.   The defendant is in custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

1   This is the second request for a continuance of the revocation hearing.

2   DATED this 19th day of August, 2025.

3

4   RENE L. VALLADARES               SIGAL CHATTAH
    Federal Public Defender           Acting United States Attorney

5

6

    By /s/ Rebecca A. Levy            By *Kimberly M. Frayn*
7   REBECCA A. LEVY                   KIMBERLY M. FRAYN
    Assistant Federal Public Defender  Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY DONNELL WILLIAMS, JR.,<br><br>Defendant. | Case No. 2:21-cr-00216-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 27, 2025 at 10:00 a.m., be vacated and continued to  October, 7, 2025  at the hour of 11:00 a.m.

DATED this  19  day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE