RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Ricky Donnell Williams, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICKY DONNELL WILLIAMS, JR.,<br><br>　　　　Defendant. | Case No. 2:21-cr-00216-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ricky Donnell Williams, Jr., that the Revocation Hearing currently scheduled on October 7, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs time to review the case and meet with Mr. Williams to discuss a possible resolution.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 24th day of September, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Rebecca A. Levy<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By *Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY DONNELL WILLIAMS, JR.,<br><br>    Defendant. | Case No. 2:21-cr-00216-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 7, 2025 at 11:00 a.m., be vacated and continued to December 10, 2025 at the hour of 9:00 a.m.

DATED this 25 day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE